The People of the State of New York, Respondent, v. Casimer H. Nowack, Appellant.— Motion granted and appeal dismissed.

William J. Meinert, Appellant, v. Edward Florizykowski, Respondent.— Motion granted and appeal dismissed, without costs.

In the Matter of the Foreclosure of Tax Liens by the City of Utica.— Motion granted and appeal dismissed, with $10 motion costs.

Norvin Reisig, Appellant, v. Joseph Celano et al., Respondents.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

F. Clayton Clark et al., Respondents, v. Paul Finen et al., Appellants.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

John R. Bryan, Appellant, v. Fred C. Smith et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

Lois K. Hornung, Individually and as Administratrix, Appellant, v. Robert E. Roland et al., Respondents.— Appeal dismissed for failure to comply with previous order, with costs, together with $10 motion costs.

Helen Epstein et al., Appellants, v. Kenneth Boehm et al., Respondents. — Appeal dismissed for failure to comply with previous order, with costs, together with $10 motion costs.

Frank Spatto, Appellant, v. Frank Polizzi, Respondent.— Appeal dismissed for failure to comply with previous order, with costs.

Jacob Ascanazy, as Administrator, Plaintiff, v. Emil A. Decina, Defendant. (And Six Other Actions.) — Motion for a stay denied.